# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF LOSERIAN MINIS, ET. AL. FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | APPLICATION OF LOSERIAN MINIS, ET. AL. FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 |

**APPLICATION OF LOSERIAN MINIS, *ET AL*. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDING AND FOR AN ORDER TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 1782, Applicants Loserian Minis, Joshua Makko and Lotha Nyaru ("Applicants") hereby respectfully apply to this Court for an Order granting leave to serve Respondents Wineland-Thomson Adventures, Inc. d/b/a Thomson Safaris, Warwick Thomson, and Judi Wineland (collectively "Respondents") with the document and deposition subpoenas annexed to the Declaration of Marissa Vahlsing as Exhibits E through H (the "Subpoenas") in support of the foreign proceeding *Mondorosi Village Council, et al. vs. Tanzania Breweries Limited,* Land Case No. 26 of 2013, in the High Court of Tanzania, Land Division, at Arusha. The application of Loserian Minis, *et al.,* is based upon the accompanying memorandum of law, the annexed Declaration of Marissa Vahlsing ("Decl.") and the accompanying documentation from the *Mondorosi Village Council, et al.* proceedings.

1

Due to substantial time exigencies in the *Mondorosi Village Council, et al.* action underway in Tanzania, Applicants further request an Order to Show Cause why the Subpoenas should not issue and the establishment of a timely briefing schedule to resolve any objections to this application.

Applicants propose that Respondents be granted three weeks from the issuance of the Order to Show Cause to submit any objection to the Section 1782 application or the underlying discovery, that Applicants receive two weeks for their reply, and that, if the Court wishes that a hearing take place, that it be held as soon as practicable after Applicants file their reply. Upon resolution of any objections, Applicants respectfully request that this Court enter an Order, pursuant to Rules 26, 30, 34, and 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1782, granting them leave to issue the Subpoenas.

Date:	Respectfully Submitted,

/s/ Lauren Carasik
Lauren Carasik BBO# 558918
lcarasik@gmail.com
Western New England University School of Law
International Human Rights Clinic
1215 Wilbraham Road, Springfield, MA 01119
(413) 782-1504

Jonathan Kaufman
jonathan@earthrights.org
Marissa Vahlsing
marissa@earthrights.org
Marco Simons
marco@earthrights.org
Rick Herz
rick@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401,
Washington, DC 20006
Telephone: (202) 466-5188

Counsel for Applicants