UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOSERIAN MINIS, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | M.B.D. No. 14-91050-DJC |
| ) | |
| WARWICK THOMSON, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

**CASPER, J.**                                                                                                  March 18, 2014

On February 26, 2014, Petitioners filed, pursuant to 28 U.S.C. § 1782, an Application for Assistance to Foreign and International Tribunals and to Litigants Before Such Tribunals. D. 1. Petitioners are plaintiffs in proceedings now pending before the High Court of Tanzania and are represented by the clinical director of the Western New England College School of Law's International Human Rights Clinic. The Petitioners ask this Court for an Order granting leave to serve respondents with subpoenas seeking both depositions and the production of documents. Respondents Warwick Thomson and Judi Wineland reside in the District of Massachusetts and Respondent Wineland-Thomson Adventures, Inc., d/b/a Thomson Safaris has its corporate headquarters in Watertown, Massachusetts.

Now before the Court are (1) Petitioners' § 1782 Application and Request for Issuance of an Order to Show Cause, D. 2; (2) Petitioners' Request for Leave to Proceed *in forma pauperis*, D. 3; (3) two Motions for Leave to Appear Pro Hac Vice, (D. 4); and (4) a Stipulation and [Proposed] Scheduling Order jointly filed by Petitioners and Respondents. D. 6. The parties have stipulated to details regarding service and deadlines for responses. D. 6.

After consideration of the documents submitted in this matter, it is hereby ORDERED that:

1) The Motion for attorneys Jonathan G. Kaufman and Marissa Vahlsing to appear herein *pro hac vice*, filed on February 26, 2014, D. 4, is GRANTED;

2) Petitioners Loserian Minis, Joshua Makko and Lotha Nyaru request, D. 3, for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is GRANTED;

3) Petitioners' Application to Conduct Discovery, D. 2 is GRANTED and Petitioners shall serve Respondents with Petitioners' Application and subpoenas annexed as Exhibits E through H (D. 2-7 to 2-10);

3) Petitioners may elect to have service made by the United States Marshals Service. If directed by the Petitioners to do so, the United States Marshals shall serve the subpoenas upon the Respondents, in the manner directed by the Petitioners, with all costs of service to be advanced by the United States.

3) Respondents response (if any) to Petitioners' Application shall be due April 1, 2014. Such response shall include both any objections to the issuance of the discovery requests as well as any objections to their scope.

4) Petitioners' reply (if any) shall be due April 8, 2014.

5) Respondents and Petitioners will serve on the other party by email courtesy copies of the responsive papers and reply.

**SO ORDERED.**

    /s/ Denise J. Casper
Denise J. Casper
United States District Judge