UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF LOSERIAN MINIS, *ET AL.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | )<br>) Case No. 1:140-mc-91050-DJC<br>)<br>)<br>)<br>) |

DECLARATION OF JOSHUA MAKKO

I, JOSEPH MAKKO, hereby declare under penalty of perjury:

1. I am one of the Applicants in the above-captioned case. I am currently the Chairman of Mondorosi Village in Soitsambu Ward, Loliondo Division, Ngorongoro District, in Tanzania, and have held that position since July 2012. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called upon to do so in a court off law, I could and would testify competently to the following.

2. As the Chairman of Mondorosi Village, one of my duties is to preside over meetings of the Village Council. Under Section 26(2) of the Tanzania's Local Government (District Authorities) Act, No. 7 of 1982, the Village Council is the corporate body of the Village and has the power to sue or be sued in the name of the Village.

3. The Village Council does not need the permission of the Ward or the Ward Councillor to meet or to adopt resolutions such as the decision to authorize a legal action. In fact, the Ward Councillor is often not present at Village Council meetings. He is not the presiding officer at Village Council meetings and often is not even aware that they have taken place. The Ward Councillor's authority is limited to supervising the Ward officers at the Ward level and he does not have any power or authority to preside over village chairmen and village executive officers.

4. Contrary to what is stated in the declaration of William Alias dated 28th March 2014, the subject property belongs to Mondorosi, Soitsambu and Sukenya villages and that Oloipiri and Orkuyeine villages do not border the subject property or have any ownership over the subject property.

5. On October 20, 2013, I presided over a duly constituted meeting of the Mondorosi Village Council. At that meeting, the Village Council voted to authorize me to enter into a representation agreement with EarthRights International on behalf of the people of Mondorosi Village for the purpose of filing the above-captioned action in the United States District Court for the District of Massachusetts. A true and correct copy of the meeting minutes for that Village Council meeting are attached to this Declaration as Exhibit A.

6. On December 4, 2013, I did in fact enter into a representation agreement with EarthRights International pursuant to the authority granted to me by the Mondorosi Village Council. It was pursuant to this representation agreement that EarthRights International filed the above-captioned action on behalf of me and the Chairmen of the Villages of Sukenya and Soitsambu, seeking discovery from Thomson Safaris and its owners.

7. I further declare that I have never owned, operated, or posted information to the website that is the subject of the lawsuit entitled *Wineland-Thomson Adventures, Inc. v. Does 1 through 20*, No. CGC-13-528871 (Cal. Super. Ct.). I am neither a party to nor a participant in that lawsuit or the anti-SLAPP suit that the defendant or defendants in that lawsuit filed against Wineland-Thomson Adventures, Inc. Aside from the fact that the

person or persons who post information to that website appear to sympathize with the abuses that the people of my community have suffered, I have never knowingly communicated with them, nor do I even know who they are.

8. I declare under penalty of perjury and the laws of the United States of America and pursuant to the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 4th day of April in Arusha, Tanzania

_____
JOSHUA MAKKO

**TRANSLATOR'S DECLARATION**

I am fluent in Swahili and in verbal and written English. Based on my knowledge and skill in conversing in Swahili and my knowledge and skill in conversing and reading in English, I am competent as an interpreter from English to Swahili. I accurately translated the foregoing Declaration of Joseph Makko into Swahili for the signatory to this document, who is fluent in Swahili. I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and of the United States that the foregoing is true and correct.

Date: April 4th, 2014

_____
JOSEPH MELAU ALAIS

# <u>Exhibit A</u>

WALIOHUDHURIA KIKAO CHA S/KIJIJI CHA MONDOROSI TAREHE. 20/10/2013.

| MAJINA: | CHEO | SAHIHI |
|---|---|---|
| 1. Joshua Mako | m/Kiti wa Kijiji, mondoros | |
| 2. Simel Reiya | Vea mondoros, | |
| 3. Simanga Terto | m/Riti wa Olepolos. | |
| 4. Siamanda Olorgeso | m/Kiti wa enadoshoke. | |
| 5. Olomo Nairol. | m/Kiti wa mondorosi. | |
| 6. Lembiria Mako | myumbe, | |
| 7. Saire Mako | myumbe. | |
| 8. Salei Mako | myumbe. | |
| 9. Nooloisilale sopia | myumbe. | |
| 10. Nooloisilale Nginyest. | myumbe. | |
| 11. Supeet Kanywel | myumbe. | |
| 12. Ololparare Mako | myumbe. | |
| 13. Pose Rotiken | myumbe. | |
| 14. Namuru Timan. | myumbe. | |
| 15. Noorkilangu soit. | myumbe. | |
| 16. Parkimralo yengo | myumbe. | |
| 17. Parkitui Terto | myumbe. | |
| 18. Manyara Kario | myumbe. | |
| 19. Lekumok Timan. | myumbe. | |

MUHTASARI WA KIKAO CHA S/KALI YA KIJIJI
CHA MONDOROSI KILICHOKAA LEO TAR 20/10/2013
AGENDA: 1. KUFUNGUA KIKAO
2. KUFUNGUA KESI YA KUPATA NMRA
KA
3. KUFUNGA KIKAO

AGENDA N° 1/2013 KUFUNGUA KIKAO
M/Kiti alivashukuru wajumbe kwa mahudhurio mazuri
na kuwasomba kuchangia agenda zilizopo na kufungua
kwa sala na baadaye kufungua kikao rasmi hina
mo saa 4.00 Asubuhi.

AGENDA N° 2/2013 KUFUNGUA KESI YA KUTA
KUTAKA KAMPUNI YA TCL
KUDNESHA NYARAKA ZOTE
Baada ya m/kiti kufungua kikao wajumbe walishan
ngia agenda hii kwa kukabaliana kuwa sisi wajumbe
wa S/kali ya mondorosi ambao ni wamoja ya waadh
irika/wadai Katika shauri la ardhi N° 26/2013
mahakama kuu ya Tanzania Arusha Kati ya S/kali
ya Kijiji cha soitsambu na wenzake tumesomewa
na kuelezewa na kutafsiriwa na wakili shilinde
Ngalula kutoka kituo cha sheria cha sheria na haki
za binadamu na kutusaidiwa na Joseph alais wa pwc
kuhusu right mkataba wa uwakilichi wa kusheria
Kati EARTH RIGHTS INTERNATIONAL na wanakijiji
wa soitsambu mondorosi, soitsambu na sukenya
wa kufungua kesi nchini marekani kwenyo mahaka

wilaya hiyo ya Massachusetts zote zinashughulikia shamba la Sukenya Ngarako liyo tunadai ampuni ya Thomson Safaris pamoja na washahidi wengine walionayo kwaajili ya kesi petu inayo endelea mahakama kuu Tanzania kanda ya Arusha.

Serikali ya Kijiji inaithinisha mkiti wa kijiji kwaniaba ya kijiji/ ya wanakijeji cha mondorosi.

Kamoka — Saini Kwonye Kiapo husika pamoja na mkataba wa uwakilishi kati ya Earth Right Internation al na wanakijiji wa mondorosi na Sukenya.

**AGENDA No 3** Kufunga kikao.

Banda ya mjadala wa mda mirefu wa agenda namba 2, mkiti alimshukuru wajumbe kwa kuchangia agenda vizuri na maazimio waliojiwekea na kufanga kikao saa 10.45 mchana.

SAINI YA M/KITI                                  SAINI YA KATIBU

[signature]                                       [signature]

JOSHUA mokko                                      SIMEL REP-CA
**MWENYEKITI**
**KIJIJI CHA MONDOROSI**
TAR. 20/10/2012

[official stamp: AFISA MTENDAJI, TAREHE 20/10/2012, KIJIJI CHA MONDOROSI]

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan Kaufman, hereby certify that this document is being filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon those indicated as non-registered participants.

DATED: April 8, 2014

*/s/ Jonathan Kaufman*

Jonathan Kaufman