## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE APPLICATION OF LOSERIAN    )
MINIS, *ET AL.* FOR AN ORDER GRANTING  )   Case No. 1:140-mc-91050-DJC
LEAVE TO ISSUE SUBPOENAS FOR THE  )
TAKING OF DISCOVERY PURSUANT TO  )
28 U.S.C. § 1782    )

### DECLARATION OF LOSERIAN MINIS

I, LOSERIAN MINIS, hereby declare under penalty of perjury:

1. I am one of the Applicants in the above-captioned case. I am currently the Chairman of Sukenya Village in Olipiri Ward, Loliondo Division, Ngorongoro District, in Tanzania, and have held that position since July 2012. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called upon to do so in a court off law, I could and would testify competently to the following.

2. As the Chairman of Sukenya Village, one of my duties is to preside over meetings of the Village Council. Under Section 26(2) of the Tanzania's Local Government (District Authorities) Act, No. 7 of 1982, the Village Council is the corporate body of the Village and has the power to sue or be sued in the name of the Village.

3. The Village Council does not need the permission of the Ward or the Ward Councillor to meet or to adopt resolutions such as the decision to authorize a legal action. In fact, the Ward Councillor is often not present at Village Council meetings. He is not the presiding officer at Village Council meetings and often is not even aware that they have taken place. The Ward Councillor's authority is limited to supervising the Ward officers at the Ward level and he does not have any power or authority to preside over village chairmen and village executive officers.

4. Contrary to what is stated in the declaration of William Alias dated 28th March 2014, the subject property belongs to Mondorosi, Soitsambu and Sukenya villages and that Oloipiri and Orkuyeine villages do not border the subject property or have any ownership over the subject property.

5. On November 18, 2013, I presided over a duly constituted meeting of the Sukenya Village Council. At that meeting, the Village Council voted to authorize me to enter into a representation agreement with EarthRights International on behalf of the people of Sukenya Village for the purpose of filing the above-captioned action in the United States District Court for the District of Massachusetts. A true and correct copy of the meeting minutes for that Village Council meeting are attached to this Declaration as Exhibit A.

6. On December 4, 2013, I did in fact enter into a representation agreement with EarthRights International pursuant to the authority granted to me by the Sukenya Village Council. It was pursuant to this representation agreement that EarthRights International filed the above-captioned action on behalf of me and the Chairmen of the Villages of Mondorosi and Soitsambu, seeking discovery from Thomson Safaris and its owners.

7. I further declare that I have never owned, operated, or posted information to the website that is the subject of the lawsuit entitled *Wineland-Thomson Adventures, Inc. v. Does 1 through 20*, No. CGC-13-528871 (Cal. Super. Ct.). I am neither a party to nor a participant in that lawsuit or the anti-SLAPP suit that the defendant or defendants in that lawsuit filed against Wineland-Thomson Adventures, Inc. Aside from the fact that the person or persons who post information to that website appear to sympathize with the abuses that the people of my community have suffered, I have never knowingly communicated with them, nor do I even know who they are.

8. I declare under penalty of perjury and the laws of the United States of America and

   pursuant to the laws of the Commonwealth of Massachusetts that the foregoing is true

   and correct.

Executed this _4th_ day of April in Arusha, Tanzania

_____
LOSERIAN MINIS

## TRANSLATOR'S DECLARATION

I am fluent in Swahili and in verbal and written English. Based on my knowledge and skill in conversing in Swahili and my knowledge and skill in conversing and reading in English, I am competent as an interpreter from English to Swahili. I accurately translated the foregoing Declaration of Loserian Minis into Swahili for the signatory to this document, who is fluent in Swahili. I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and of the United States that the foregoing is true and correct.

Date: April _4th_, 2014

_____
JOSEPH MELAU ALAIS

# **<u>Exhibit A</u>**

KIKAO CHA SERIKALI YA KIJIJI CHA
SUKENYA KILICHOKETI TAREHE 18/04/2013

WALIOHUDHURIA

| JINA KAMILI | CHEO | SAHIHI |
|---|---|---|
| 1. LOSERIAN MINIS | mwikiti | |
| 2. TWAMBEI LESHOKO | VEO | — |
| 3 OLOSHIPA ROGEY. | Mwukitongoji: | |
| 4 Raen Mingini | Mujumpe | |
| 5 PARKIPUNY Mussa | M/kiti katongoji cha sukenya | |
| 6 PAULO - Maigini | | |
| 7 SILAGWE - NBEKERTI | /Myumbe - | |
| 8 SAITOTI — MBACALA | Mjumbe | |
| 9 40HANA - PARMERES | Mjame | — |
| 10 NOOSIRWAI— KIOKI | MJUMBE | — |
| 11 INGODII — SAMBETI | MJUMBE | — |
| 12 Noomakati -oloTuno | MJUMBE | — |
| 13 Noosupuki - minigni | MJUMBE | — |
| 14 Nooseki — LETIEI | MJUMBE | — |
| 15 EMANUEL — LOTUNO | MJUMBE | — |
| 16. Paulo — Parmens | m/kiti/kitongoji cha organaison | |
| 17 SAIGILU — Parmers | mjumbe | |
| | MJUMBE - | |

AGENDA 1 KUFUNGUA — KIKAO

2. Suala La KESI ya Kampuni ya TBL

3. Kufunga Kikao

AGENDA No. j. Kufungua Kikao - Mwenyekiti wa
Kijiji alifungua Kikao Mnamo Saa 6.00 Nkaba

Ns Kuwa Shukuru Wajumbe Wote Waliahudhurie na Kuomba Kikao ifunguliwe fwa Sala.

AGENDA No.2. Mwenyekiti aliwaeleza Wajumbe Kuwa kuna fomu ambayo tuna takiwa Kujaza ya mkataba wa Uwakilishi wa Kisheria Kati Earth Right Intanational na Wanakijiji. Baada ya Kusema hayo Wajumbe walisomewa fomu hiyo na *tha* wakahamua hivi.

Sisi Wajumbe wa Serikali ya Kijiji cha Sukenya Ambao ni Wamoja wa Wadai Katika Shauri la Madai No 26/2013 Mahakama Kuu ya Tanzania Arusha Kati ya Serikali ya Kijiji cha Sukenya na Wezake 2 dhidi ya Tanzania Breweries na Wenzake Tumesomeuto na Kuhakikishwa na Kutafsisirwa na Wakili wa Shitinde Ngalula Kutoka Kituo cha Sheria na haki za Binadamu na Kutafsidhiwa na Joseph Mais wa PWC Kuhusu Mkataba Wa Uwakilishi Wa Kisheria Kati ya Earth Right Intanational nawanakijiji wa Sukenya, Mondorosi na Soitsambu Wa Kufungua Kesi uchini Masekani Kwenye Mahakama ya Wilaya juabo la Messechusette Kudai Kampuni ya Thomson Safari Kutoa Nyataka zote Zinazohusiana na Shamba la Sukenya Pamoja Na Uchahidi Mwingine Walionao Kwa ajili ya Kesi yetu Inayoendeka Mahakama Kuu Kanzania Kanda ya Arusha.

Serikati ya Kijiji Inaithimisho Mwenyekiti wa Kijiji
kwa Niaba ya Wanakijiji Che Sukenya Kutia Sahihi
kwenye Kiapo husika Pamoja na Mkataba wa
Uwakilishi kati ya Earth Right Inatanational na
Wana Kijiji We Sukenya, Mondorosi na Soitsambu

Inelsaini we na Mwketi we Kijisi che Sukenya

[mhuri/stamp: NTEKITI KIJIJI CHA
TAR. 4/12/2013
SUKENYA]

[stamp: AFISA MTENDAJI
KIJIJI CHA SUKENYA]

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan Kaufman, hereby certify that this document is being filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon those indicated as non-registered participants.

DATED: April 8, 2014

<u>*/s/ Jonathan Kaufman*</u>

Jonathan Kaufman