# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF LOSERIAN MINIS, *ET AL.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:140-mc-91050-DJC |

## DECLARATION OF LOTHA NYARU

I, LOTHA NYARU, hereby declare under penalty of perjury:

1. I am one of the Applicants in the above-captioned case. I am currently the Chairman of Soitsambu Village in Soitsambu Ward, Loliondo Division, Ngorongoro District, in Tanzania, and have held that position since July 2012. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. If called upon to do so in a court off law, I could and would testify competently to the following.

2. As the Chairman of Soitsambu Village, one of my duties is to preside over meetings of the Village Council. Under Section 26(2) of the Tanzania's Local Government (District Authorities) Act, No. 7 of 1982, the Village Council is the corporate body of the Village and has the power to sue or be sued in the name of the Village.

3. The Village Council does not need the permission of the Ward or the Ward Councillor to meet or to adopt resolutions such as the decision to authorize a legal action. In fact, the Ward Councillor is often not present at Village Council meetings. He is not the presiding officer at Village Council meetings and often is not even aware that they have taken place. The Ward Councillor's authority is limited to supervising the Ward officers at the Ward level and he does not have any power or authority to preside over village chairmen and village executive officers.

4. Contrary to what is stated in the declaration of William Alias dated 28th March 2014, the subject property belongs to Mondorosi, Soitsambu and Sukenya villages and that Oloipiri and Orkuyeine villages do not border the subject property or have any ownership over the subject property.

5. On October 23, 2013, I presided over a duly constituted meeting of the Soitsambu Village Council. At that meeting, the Village Council voted to authorize me to enter into a representation agreement with EarthRights International on behalf of the people of Soitsambu Village for the purpose of filing the above-captioned action in the United States District Court for the District of Massachusetts. A true and correct copy of the meeting minutes for that Village Council meeting are attached to this Declaration as Exhibit A.

6. On December 4, 2013, I did in fact enter into a representation agreement with EarthRights International pursuant to the authority granted to me by the Soitsambu Village Council. It was pursuant to this representation agreement that EarthRights International filed the above-captioned action on behalf of me and the Chairmen of the Villages of Mondorosi and Sukenya, seeking discovery from Thomson Safaris and its owners.

7. I further declare that I have never owned, operated, or posted information to the website that is the subject of the lawsuit entitled *Wineland-Thomson Adventures, Inc. v. Does 1 through 20*, No. CGC-13-528871 (Cal. Super. Ct.). I am neither a party to nor a participant in that lawsuit or the anti-SLAPP suit that the defendant or defendants in that lawsuit filed against Wineland-Thomson Adventures, Inc. Aside from the fact that the

person or persons who post information to that website appear to sympathize with the abuses that the people of my community have suffered, I have never knowingly communicated with them, nor do I even know who they are.

8. I declare under penalty of perjury and the laws of the United States of America and pursuant to the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 4th day of April in Arusha, Tanzania

_____
LOTHA NYARU

## TRANSLATOR'S DECLARATION

I am fluent in Swahili and in verbal and written English. Based on my knowledge and skill in conversing in Swahili and my knowledge and skill in conversing and reading in English, I am competent as an interpreter from English to Swahili. I accurately translated the foregoing Declaration of Lotha Nyaru into Swahili for the signatory to this document, who is fluent in Swahili. I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and of the United States that the foregoing is true and correct.

Date: April 4th, 2014

_____
JOSEPH MELAU ALAIS

# Exhibit A

23/10/2013  WALIOHUDHURIA

| JINA | CHEO | SAHIHI |
|---|---|---|
| 1 LOTHA NYADU | m/kiti kijiji Soit | Dunyary |
| 2 Peter Parmenes | Kainu mbadaji | AD |
| 3 ELIA - SERCAY | M/kiiskuomigi | |
| 4. Nailoos Kursas | Mjumbe | |
| 5. Simon Lekede | Mjumbe | |
| 6. EMANUEL - KUYATO | mjumbe | |
| 7 ISAYA -ngei | mjumbe | |
| 8 NOORKIbERIN - KUYATO | m/kiti kitongoji | |
| 9 Nalari - matuyo | mjumbe | |
| 10 Nasha - | mjumbe | |
| 11. NOORMELUS - PUNUKA MAKOI | mjumbe | |
| 12. LEKAKUI - OLRPUTAA | MJUMBE | |
| 13. NDINI - RANA | MJUMBE | |
| 14 LOSHOKI - KULINCHONI | | |
| 15 SIMON - MBUSIA | | Embusta |
| 16 LEIOTO - MEMBE | | |

WASIOHUDHURIA

1 Nailoos Kursas
2 Lelai Kulunchuoni
3 Nguyato sereny
4 Lotesoluki Punuka
5 Lestaoki Kulunetoni
6 Marko Loru
7 Andreea Kulunetoni
8 Matayo lawap.
9
10.
11.

MUHTASARI WA KIKAO CHA SERIKALI YA KIJIJI CHA SOITSAMBU KILICHOFANYIKA LEO TAR 23/10/2013.

AGENDA 1. KUFUNGUA KIKAO
2. KUFUNGUA KESI YA KUPATA NYARAKA
3. KUFUNGA KIKAO.

AGENDA Nº 1/2013 KUFUNGUA KIKAO

M/Kiti amewashukuru wajumbe kwa mahudhurio mazuri na kuwaomba kuchangia agenda zilizopo na kuomba kwa sala na kisha alifungua kikao saa 4:15 asubuhi.

AGENDA Nº 2/2013 KUFUNGUA KESI YA KUPATA NYARAKA KUTOKA KAMPUNI YA PWC.

Baada ya m/kiti kufungua kikao, wajumbe wanaochangia agenda hii wakisema kuwa sisi wajumbe wa Serikali ya kijiji cha Soitsambu, aulas ni wamoja wa wadai katika shauri la Ardhi Nº 26/2013 Mahakama Kuu ya Tanzania Arusha Kati ya Serikali ya Kijiji cha Mondorosi na wenzake 2 dhidi ya Tanzania Breweries na wenzake. Tumeesmewa na kuelezwa shwa na kutafsiriwa na Wakili Shilinde Ngalula kutoka kituo cha sheria na haki za binadamu na kutafsiriwa na Joseph Alais wa PWC kuhusu mkataba wa Uwakilishi wa kisheria kati Earth Right International na wanakijiji wa Soitsambu, Mondorosi na Sukenya wa kufungua kesi Inchini marekani kwenye Mahakamo ya Wilaya hiyo ya massachusetts zote zinazohusiano na shamba la Sukenya Nyaraka hizo tunaidai Kampuni ya Thomson Safari pamoja na Ushaidi mwingine walionayo kwa ajili ya kesi yetu inayoendelea mahakama Kuu Tanzania Kanda ya Arusha.

Serikali ya Kijiji inaithinisha mwenyekiti wa
Kijiji kwa niaba ya Wanakijiji cha Soitsambu kuwek-
saini kwenye Kiapo husika pamoja na mkataba
wa Uwakilishi kati ya Earth Right International
na wanakijiji wa Soitsambu, mondorosi na Sukenya.

Agenda Nº 3/2013 KUFUNGA KIKAO

Baada ya mjadala wa muda mrefu wa agenda
namba 2, m/kiti amewashukuru wajumbe kwa
kuchengia agenda vizuri na maazimio walijiwekea
na kisha alifunga kikao rasmi saa 10.45 mchana.

SAINI YA M/KITI

*(signature)*

MWENYEKITI WA S/KALI YA KIJIJI
CHA SOITSAMBU
WILAYA YA NGORONGORO

SAINI YA KATIBU

*(signature)*
SIMON MNUSIA.
AFISA MTENDAJI
KIJIJI CHA SOITSAMBU
TAR 23/10/2013.

# CERTIFICATE OF SERVICE

I, Jonathan Kaufman, hereby certify that this document is being filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon those indicated as non-registered participants.

DATED: April 8, 2014

                                                            */s/ Jonathan Kaufman*

                                                              Jonathan Kaufman