# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE APPLICATION OF LOSERIAN MINIS, *ET AL.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:140-mc-91050-DJC |

## DECLARATION OF SHILINDE NGALULA

I, Shilinde Ngalula, hereby declare under penalty of perjury:

1. I am the advocate of the High Court of Tanzania and head of Arusha legal Aid clinic of the Legal and Human Rights Centre (LHRC). In that capacity, I have worked with the Plaintiff's communities in the case between *Mondorosi Village Council et al. (Plaintiffs) versus. Tanzania Breweries Ltd. et al.(defendants)*, an action that is currently pending before the High Court of Tanzania in Arusha, and the Applicants in the above-captioned action. I am fluent in written and spoken Swahili and written and spoken English and am above the age of eighteen. If called upon to do so in a court of law, I could and would testify competently to the following.

2. That, the plaintiffs, *Mondorosi Village Council et al* are admitted and granted free legal aid service under the Tanzania legal Aid scheme through Legal and Human Rights Centre

3. I have read the document attached to the Declaration of Loserian Minis as Exhibit A, which is written in Swahili. I have translated into English the portions of that document that are relevant to the above-captioned action. A true and correct copy of that translation is attached to this Declaration as Exhibit A.

4. I have read the document attached to the Declaration of Lotha Nyaru as Exhibit A, which is written in Swahili. I have translated into English the portions of that document that are

relevant to the above-captioned action. A true and correct copy of that translation is attached to this Declaration as Exhibit B.

5. I have read the document attached to the Declaration of Joseph Makko as Exhibit A, which is written in Swahili. I have translated into English the portions of that document that are relevant to the above-captioned action. A true and correct copy of that translation is attached to this Declaration as Exhibit C.

6. I declare under penalty of perjury and the laws of the United States of America and pursuant to the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 7th day of April, 2014 at Arusha, Tanzania

_____
SHILINDE NGALULA

# **Exhibit A**

SUKENYA VILLAGE COUNCIL MEETING HELD ON THE DATE 18 NOVEMBER 2013

ATTENDEES

FULL NAME          TITLE           SIGNATURE

Loserian Minis     Chairman        [signature]

. . .

AGENDA
1. Open Meeting
2. Issue of the Case of the Company TBL
3. Close Meeting

. . .

AGENDA NO. 2: The chairman explained to the members that there is a form which we need to fill out that is a contract of legal representation between Earth Right International [*sic*] and the villagers. After they talked about it, the form was read to the members, and they decided this:

We the members of the Village Council of Sukenya, which is one of the plaintiffs in Land Case No. 26/2013 in the High Court of Tanzania at Arusha between the Village Council of Sukenya and 2 others against Tanzania Breweries and others, have read and understood and translated with the counsel of Shilinde Ngalula from the Legal and Human Rights Centre and interpretation of Joseph Alais of PWC about the contract of legal representation between Earth Right International [*sic*] and the villagers of Sukenya, Mondorosi, and Soitsambu to open a case in America at the District Court in the State of Massachusetts to sue the company Thomson Safari to produce of all documents which are related to Sukenya Farm along with other evidence for our ongoing case in the High Court of Tanzania in Arusha.

The Village Council authorizes the Chairman of the Village on behalf of the villagers of Sukenya to sign the contract of representation between Earth Right International [*sic*] and the villagers of Sukenya, Mondorosi and Soitsambu.

Signed by the Chairman of Sukenya Village

[Signature]
[Seal of the Chairman of Sukenya Village, dated 4 December 2013]

[Seal and signature of the Executive Officer of Sukenya Village]
[Signature]

# Exhibit B

ATTENDEES

| FULL NAME | TITLE | SIGNATURE |
|---|---|---|
| Lotha Nyaru | Chairman | [signature] |

. . .

SUMMARY OF THE MEETING OF THE VILLAGE COUNCIL OF SOITSAMBU HELD TODAY, 23 OCTOBER 2013

AGENDA
1. Open Meeting
2. Opening a Case for Documents
3. Close Meeting

. . .

AGENDA NO. 2/2013:    OPENING A CASE FOR DOCUMENTS FROM THE COMPANY TCL

After the Chairman opened the meeting, the members contributed this agenda item, saying that we, the members of the Village Council of Soitsambu, which is one of the plaintiffs in Land Case No. 26/2013 in the High Court of Tanzania at Arusha between the Village Council of Soitsambu and 2 others against Tanzania Breweries and others, have read and understood and translated with the counsel of Shilinde Ngalula from the Legal and Human Rights Centre and translation of Joseph Alais of PWC about the contract of legal representation between Earth Right International [sic] and the villagers of Soitsambu, Mondorosi and Sukenya, and to open a case in America at the District Court of Massachusetts to sue the company Thomson Safari to produce all documents which are related to Sukenya Farm along with other evidence for our ongoing case in the High Court of Tanzania in Arusha.

The Village Council authorizes the Chairman of the Village on behalf of the villagers of Soitsambu to sign the contract of representation between Earth Right International [sic] and the villagers of Soitsambu, Mondorosi and Sukenya.

. . .

Signature of the Chairman
[Signature]
LOTHA NYARU
[Seal of the Chairman of the Village Council of Soitsambu, Ngorongoro District]

Signature of the Secretary
[Signature]

SIMON MBUSIA
[Seal of the Executive Officer of Sukenya Village, dated 23 October 2013]

# Exhibit C

ATTENDEES MONDOROSI VILLAGE COUNCIL MEETING DATE 20 OCTOBER 2013

| NAMES | TITLE | SIGNATURE |
|---|---|---|
| Joshua Mako | Chairman | [signature] |

. . .

SUMMARY OF THE MEETING OF THE VILLAGE COUNCIL OF MONDOROSI HELD TODAY, 20 OCTOBER 2013

AGENDA
1. Open Meeting
2. Opening a Case for Documents
3. Close Meeting

. . .

AGENDA NO. 2/2013:   OPENING A CASE SEEKING FOR THE COMPANY TCL TO SHOW ALL ITS DOCUMENTS

After the Chairman opened the meeting, the members contributed this agenda item, saying that we, the members of the Village Council of Soitsambu, which is one of the claimants/plaintiffs in Land Case No. 26/2013 in the High Court of Tanzania at Arusha between the Village Council of Sukenya and others, have read and understood and translated with the counsel of Shilinde Ngalula from the Legal and Human Rights Centre and translation of Joseph Alais of PWC about the contract of legal representation between EARTH RIGHT INTERNATIONAL [*sic*] and the villagers of ~~Soitsambu~~ Mondorosi, Soitsambu and Sukenya, to open a case in America at the District Court of Massachusetts to sue the company Thomson Safari to produce all documents which are related to Sukenya Farm along with other evidence for our ongoing case in the High Court of Tanzania in Arusha.

The Village Council authorizes the Chairman of the Village on behalf of the village/villagers of Soitsambu to sign the contract of representation between Earth Right International [*sic*] and the villagers of Mondorosi and Sukenya.

. . .

Signature of the Chairman
[Signature]
JOSHUA MAKKO
[Seal of the Chairman of Mondorosi Village, dated 20 October 2013]

Signature of the Secretary
[Signature]

SIMEL REIYA
[Seal and signature of the Executive Officer of Mondorosi Village, dated 20 October 2013]

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

I, Jonathan Kaufman, hereby certify that this document is being filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon those indicated as non-registered participants.

DATED: April 8, 2014

*/s/ Jonathan Kaufman*
Jonathan Kaufman